Mike C. Buckley (SBN 44919)
Email: mbuckley@reedsmith.com
John N. Heffner (SBN 221557)
Email: jheffner@reedsmith.com
REED SMITH LLP
1999 Harrison Street, Suite 2400
Oakland, CA 94612-3572

**Mailing Address:**
P.O. Box 2084
Oakland, CA 94604-2084

Telephone:    510.763.2000
Facsimile:    510.273.8832

Attorneys for Defendants And Cross-Defendants
Anthony B. Bowman and Goodwin
Development, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TIMOTHY W. HOFFMAN, Chapter 7 Trustee,<br><br>Plaintiff,<br><br>vs.<br><br>FIRST FEDERAL PROPERTIES OF CALIFORNIA, INC., ANTHONY B. BOWMAN, ALAN HYNES, GOODWIN DEVELOPMENT, INC., COLLEGE HEIGHTS DEVELOPMENT CORP., and BARBARA WHEELOCK,<br><br>Defendants. | No.: C-06-5295 MJJ<br><br>**STIPULATION EXTENDING THE TIME WITHIN WHICH TO RESPOND TO ALAN HYNES' CROSS-COMPLAINT**<br> AND ORDER<br>[Civil Local Rule 6-1(a)]<br><br><br><br>Honorable Martin J. Jenkins |
| ALAN HYNES,<br><br>Cross-Claimant,<br><br>vs.<br><br>ANTHONY B. BOWMAN, and GOODWIN DEVELOPMENT, INC.,<br><br>Cross-Defendants. | |

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

IT IS HEREBY STIPULATED by and between Defendant and Cross–Claimant Alan Hynes and Defendants and Cross-Defendants Brad Bowman and Goodwin Development, Inc. ("Defendants"), through their respective attorneys of record, that Defendants shall have until and including October 13, 2006 to respond to Plaintiff's Cross-Complaint in this action. This Stipulation is made pursuant to Civil Local Rule 6-1(a).

DATED: September 28, 2006.

        */s/ Daniel Sturm*
Daniel Sturm
Attorney for Defendant and Cross-Claimant Alan Hynes

DATED: September 29, 2006.

REED SMITH LLP

By   */s/ John N. Heffner*
John N. Heffner
Attorneys for Defendants and Cross-Defendants Brad Bowman and Goodwin Development, Inc.



IT IS SO ORDERED
Judge Martin J. Jenkins
10/2/2006
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

No.: C-06-5295     – 2 –     DOCSOAK-9846984.1-JHEFFNER

Stipulation Extending The Time Within Which To Respond To Alan Hynes' Cross-Complaint