Mike C. Buckley (SBN 44919)
Email: mbuckley@reedsmith.com
John N. Heffner (SBN 221557)
Email: jheffner@reedsmith.com
REED SMITH LLP
1999 Harrison Street, Suite 2400
Oakland, CA 94612-3572

**Mailing Address:**
P.O. Box 2084
Oakland, CA 94604-2084

Telephone: 510.763.2000
Facsimile: 510.273.8832

Attorneys for Defendants And Cross-Defendants
Anthony B. Bowman and Goodwin
Development, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TIMOTHY W. HOFFMAN, Chapter 7 Trustee,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>FIRST FEDERAL PROPERTIES OF CALIFORNIA, INC., ANTHONY B. BOWMAN, ALAN HYNES, GOODWIN DEVELOPMENT, INC., COLLEGE HEIGHTS DEVELOPMENT CORP., and BARBARA WHEELOCK,<br><br>　　　　　　Defendants.<br><br>ALAN HYNES,<br><br>　　　　　　Cross-Claimant,<br><br>vs.<br><br>ANTHONY B. BOWMAN, and GOODWIN DEVELOPMENT, INC.,<br><br>　　　　　　Cross-Defendants. | No.: C-06-5295 MJJ<br><br>**AMENDED STIPULATION EXTENDING THE TIME WITHIN WHICH TO RESPOND TO ALAN HYNES' CROSS-COMPLAINT** AND ORDER<br><br>[Civil Local Rule 6-1(a)]<br><br><br><br>Honorable Martin J. Jenkins |

IT IS HEREBY STIPULATED by and between Defendant and Cross–Claimant Alan Hynes and Defendants and Cross-Defendants Brad Bowman and Goodwin Development, Inc. ("Defendants"), through their respective attorneys of record, that Defendants shall have until and including November 30, 2006 to respond to Plaintiff's Cross-Complaint in this action. This Stipulation amends an October 2, 2006 Stipulation which set an October 13, 2006 deadline for Defendants' response. This Stipulation is made pursuant to Civil Local Rule 6-1(a).

DATED: October 13, 2006.

      */s/ Daniel Sturm*
      Daniel Sturm
      Attorney for Plaintiff Alan Hynes

DATED: October 13, 2006.

REED SMITH LLP

By   */s/ John N. Heffner*
    John N. Heffner
    Attorneys for Defendants and Cross-Defendants
    Brad Bowman and Goodwin Development, Inc.



IT IS SO ORDERED
Judge Martin J. Jenkins
10/19/2006
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA