Mike C. Buckley (SBN 44919)
Email: mbuckley@reedsmith.com
John N. Heffner (SBN 221557)
Email: jheffner@reedsmith.com
REED SMITH LLP
1999 Harrison Street, Suite 2400
Oakland, CA 94612-3572

**Mailing Address:**
P.O. Box 2084
Oakland, CA 94604-2084

Telephone: 510.763.2000
Facsimile: 510.273.8832

Attorneys for Defendants And Cross-Defendants
Anthony B. Bowman and Goodwin
Development, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TIMOTHY W. HOFFMAN, Chapter 7 Trustee,<br><br>           Plaintiff,<br><br>   vs.<br><br>FIRST FEDERAL PROPERTIES OF CALIFORNIA, INC., ANTHONY B. BOWMAN, ALAN HYNES, GOODWIN DEVELOPMENT, INC., COLLEGE HEIGHTS DEVELOPMENT CORP., and BARBARA WHEELOCK,<br><br>           Defendants. | No.: C-06-5295 MJJ<br><br>**AMENDED STIPULATION EXTENDING THE TIME WITHIN WHICH TO RESPOND TO ALAN HYNES' CROSS-COMPLAINT AND [PROPOSED] ORDER**<br><br>[Civil Local Rule 6-1(a)]<br><br><br><br>Honorable Martin J. Jenkins |
| ALAN HYNES,<br><br>           Cross-Claimant,<br><br>   vs.<br><br>ANTHONY B. BOWMAN, and GOODWIN DEVELOPMENT, INC.,<br><br>           Cross-Defendants. | |

IT IS HEREBY STIPULATED by and between Defendant and Cross–Claimant Alan Hynes and Defendants and Cross-Defendants Brad Bowman and Goodwin Development, Inc. ("Defendants"), through their respective attorneys of record, that Defendants shall have until and including December 31, 2006, to respond to Plaintiff's Cross-Complaint in this action. This Stipulation amends an October 13, 2006, Stipulation which set a November 30, 2006, deadline for Defendants' response. This Stipulation is made pursuant to Civil Local Rule 6-1(a).

DATED: November 28, 2006.

*/s/ Daniel Sturm*
Daniel Sturm
Attorney for Plaintiff Alan Hynes

DATED: November 28, 2006.

REED SMITH LLP

By  */s/ John N. Heffner*
John N. Heffner
Attorneys for Defendants and Cross-Defendants
Anthony B. Bowman and Goodwin Development, Inc.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: __December 1__, 2006.

Honorable Martin J. Jenkins
Judge of the United States District Court

No.: C-06-5295 – 2 – 
Amended Stipulation Extending The Time Within Which To Respond To Alan Hynes' Cross-Complaint And [Proposed] Order