Steven M. Olson, Esq.
    State Bar No.: 146120
LAW OFFICE OF STEVEN M. OLSON
50 Old Courthouse Square, Suite 604
Santa Rosa, CA 95404
Telephone: (707) 575-1800
Fax: (707) 575-1867
Email: smo@smolsonlaw.com

Attorneys for Timothy W. Hoffman, Chapter 7 Trustee

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY W. HOFFMAN,<br>    Chapter 7 Trustee,<br><br>    Plaintiff,<br><br>v.<br><br>FIRST FEDERAL PROPERTIES OF CALIFORNIA, INC., ANTHONY B. BOWMAN, ALAN HYNES, GOODWIN DEVELOPMENT, INC., COLLEGE HEIGHTS DEVELOPMENT CORP., and BARBARA WHEELOCK,<br><br>    Defendants.<br>_____/<br>ALAN HYNES,<br><br>    Cross-Claimant,<br><br>v.<br><br>ANTHONY B. BOWMAN and GOODWIN DEVELOPMENT, INC.,<br><br>    Cross-Defendants.<br>_____/ | Case No.: C-06-5295 MJJ<br><br>Case Mgt. Conf.<br><br>Date: December 19, 2006<br>Time: 2:00 p.m.<br>Location: Courtroom 11, 19th Floor,<br>    U.S. Courthouse, 450 Golden Gate<br>Avenue, San Francisco, CA 94102<br><br>ORDER |

**PLAINTIFF'S COUNSEL'S REQUEST TO APPEAR BY TELEPHONE
AT INITIAL CASE MANAGEMENT CONFERENCE**

    Steven M. Olson, counsel for Plaintiff Timothy W. Hoffman, Chapter 7 Trustee (the "Trustee") for the bankruptcy estate of the Debtor, Baywood Homes Corporation (the "Debtor"), pursuant to Civil Local Rule 16-10(a), hereby requests that he be allowed

PLAINTIFF'S COUNSEL'S REQUEST TO APPEAR BY TELEPHONE
AT INITIAL CASE MANAGEMENT CONFERENCE - Page 1

1  to appear by telephone at the initial case management conference in the above-captioned
2  case at the date, time and location set forth in the caption.
3  Dated: December 12, 2006                LAW OFFICE OF STEVEN M. OLSON

4                                                                     /S/ Steven M. Olson
                                                        BY: _____
5                                                                Steven M. Olson
                                                                 ATTORNEY FOR TRUSTEE
6

7
   Plaintiff must contact the court at (415) 522-2123 at least one day prior to the
8  conference for further instructions.
9  **IT IS SO ORDERED,**
10

11

12  ----------------------------------------------------------
        Martin J. Jenkins
13      United States District Judge

**PLAINTIFF'S COUNSEL'S REQUEST TO APPEAR BY TELEPHONE
AT INITIAL CASE MANAGEMENT CONFERENCE** - Page 2