Mike C. Buckley (SBN 44919)
Email: mbuckley@reedsmith.com
John N. Heffner (SBN 221557)
Email: jheffner@reedsmith.com
REED SMITH LLP
1999 Harrison Street, Suite 2400
Oakland, CA 94612-3572

**Mailing Address:**
P.O. Box 2084
Oakland, CA 94604-2084

Telephone:   510.763.2000
Facsimile:   510.273.8832

Attorneys for Defendants And Cross-Defendants
Anthony B. Bowman and Goodwin
Development, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TIMOTHY W. HOFFMAN, Chapter 7 Trustee,<br><br>Plaintiff,<br><br>vs.<br><br>FIRST FEDERAL PROPERTIES OF CALIFORNIA, INC., ANTHONY B. BOWMAN, ALAN HYNES, GOODWIN DEVELOPMENT, INC., COLLEGE HEIGHTS DEVELOPMENT CORP., and BARBARA WHEELOCK,<br><br>Defendants. | No.: C-06-5295 MJJ<br><br>**AMENDED STIPULATION EXTENDING THE TIME WITHIN WHICH TO RESPOND TO ALAN HYNES' CROSS-COMPLAINT AND [PROPOSED] ORDER**<br><br>[Civil Local Rule 6-1(a)]<br><br><br><br>Honorable Martin J. Jenkins |
| ALAN HYNES,<br><br>Cross-Claimant,<br><br>vs.<br><br>ANTHONY B. BOWMAN, and GOODWIN DEVELOPMENT, INC.,<br><br>Cross-Defendants. | |

No.: C-06-5295 — 1 — DOCSOAK-9854911.1-JHEFFNER

Amended Stipulation Extending The Time Within Which To Respond To Alan Hynes' Cross-Complaint And [Proposed] Order

1   IT IS HEREBY STIPULATED by and between Defendant and Cross–Claimant Alan Hynes
2   and Defendants and Cross-Defendants Brad Bowman and Goodwin Development, Inc.
3   ("Defendants"), through their respective attorneys of record, that Defendants shall have until and
4   including January 5, 2006, to respond to Plaintiff's Cross-Complaint in this action.  This Stipulation
5   amends a November 28, 2006, Stipulation which set a December 31, 2006, deadline for Defendants'
6   response.  This Stipulation is made pursuant to Civil Local Rule 6-1(a).

8   DATED: December 20, 2006.

12   /s/ Daniel Sturm
     Daniel Sturm
     Attorney for Plaintiff Alan Hynes

14   DATED: December 21, 2006.

15   REED SMITH LLP

17   By    /s/ John N. Heffner
     John N. Heffner
18   Attorneys for Defendants and Cross-Defendants
     Anthony B. Bowman and Goodwin Development,
     Inc.

20   PURSUANT TO STIPULATION, IT IS SO ORDERED.

22   DATED: 1/3/2007 , 2006.

24   Honorable Martin J. Jenkins
     Judge of the United States District Court

---

No.: C-06-5295 — 2 —  DOCSOAK-9854911.1-JHEFFNER

Amended Stipulation Extending The Time Within Which To Respond To Alan Hynes' Cross-Complaint And [Proposed] Order

REED SMITH LLP
A limited liability partnership formed in the State of Delaware