Mike C. Buckley (SBN 44919)
Email: mbuckley@reedsmith.com
John N. Heffner (SBN 221557)
Email: jheffner@reedsmith.com
REED SMITH LLP
1999 Harrison Street, Suite 2400
Oakland, CA 94612-3572

**Mailing Address:**
P.O. Box 2084
Oakland, CA 94604-2084

Telephone:   510.763.2000
Facsimile:   510.273.8832

Attorneys for Defendants First Federal Properties of California, Inc., Anthony B. Bowman, Goodwin Development, Inc., College Heights Development Corp., and Barbara Wheelock

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TIMOTHY W. HOFFMAN, Chapter 7 Trustee,<br><br>Plaintiff,<br><br>vs.<br><br>FIRST FEDERAL PROPERTIES OF CALIFORNIA, INC., ANTHONY B. BOWMAN, ALAN HYNES, GOODWIN DEVELOPMENT, INC., COLLEGE HEIGHTS DEVELOPMENT CORP., and BARBARA WHEELOCK,<br><br>Defendants. | No.: C-06-5295 MJJ<br><br>**STIPULATION FOR FILING FIRST AMENDED ANSWERS AND [PROPOSED] ORDER** |
| ALAN HYNES,<br><br>Cross-Claimant,<br><br>vs.<br><br>ANTHONY B. BOWMAN, and GOODWIN DEVELOPMENT, INC.,<br><br>Cross-Defendants. | |

No.: C-06-5295 – 1 – DOCSOAK-9854767.1-JHEFFNER

Stipulation For Filing First Amended Answers And [Proposed] Order

1  IT IS HEREBY STIPULATED by and between Plaintiff Timothy W. Hoffman ("Plaintiff")
2  and Defendants First Federal Properties of California, Inc., Anthony B. Bowman, Goodwin
3  Development, Inc., College Heights Development Corp., and Barbara Wheelock (the "Defendants"),
4  through their respective attorneys of record, within the meaning of Rule 15(a) of the Federal Rules
5  of Civil Procedure, that Defendants may each file a separate First Amended Answer. A copy of First
6  Federal Properties of California, Inc.'s First Amended Answer is attached hereto as Exhibit A. A
7  copy of Anthony B. Bowman's First Amended Answer is attached hereto as Exhibit B. A copy of
8  Goodwin Development, Inc.'s First Amended Answer is attached hereto as Exhibit C. A copy of
9  College Heights Development Corp.'s First Amended Answer is attached hereto as Exhibit D. A
10 copy of Barbara Wheelock's First Amended Answer is attached hereto as Exhibit E.

IT IS FURTHER STIPULATED that Plaintiff acknowledges service of a copy of each First Amended Answer for each of the Defendants by the signature of Plaintiff's attorney of record on this Stipulation.

DATED: December 19, 2006

By   */s/ Steven M. Olson*
Steven M. Olson, Esq.
Attorney for Plaintiff Timothy W. Hoffman,
Chapter 7 Trustee

DATED: December 21, 2006

REED SMITH LLP

By   */s/ John N. Heffner*
John N. Heffner
Attorneys for Defendants First Federal Properties of California, Inc., Anthony B. Bowman, Goodwin Development, Inc., College Heights Development Corp., and Barbara Wheelock

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

No.: C-06-5295    – 2 –    DOCSOAK-9854767.1-JHEFFNER
Stipulation For Filing First Amended Answers And [Proposed] Order

1   PURSUANT TO STIPULATION, IT IS SO ORDERED.

2

3   DATED: __1/3/2007__ ~~_____, 2006~~.

4

5                                            _____
                                             Honorable Martin J. Jenkins
6                                            Judge of the United States District Court

REED SMITH LLP
A limited liability partnership formed in the State of Delaware