|   |   |
|---|---|
| Steven M. Olson, Esq. | |
| State Bar No.: 146120 | |
| LAW OFFICE OF STEVEN M. OLSON | |
| 50 Old Courthouse Square, Suite 604 | |
| Santa Rosa, CA 95404 | |
| Telephone: (707) 575-1800 | |
| Fax: (707) 575-1867 | |
| Email: smo@smolsonlaw.com | |

Attorneys for Timothy W. Hoffman, Chapter 7 Trustee

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY W. HOFFMAN,<br>Chapter 7 Trustee,<br><br>Plaintiff,<br><br>v.<br><br>FIRST FEDERAL PROPERTIES OF CALIFORNIA, INC., ANTHONY B. BOWMAN, ALAN HYNES, GOODWIN DEVELOPMENT, INC., COLLEGE HEIGHTS DEVELOPMENT CORP., and BARBARA WHEELOCK,<br><br>Defendants.<br>_____/<br><br>ALAN HYNES,<br><br>Cross-Claimant,<br><br>v.<br><br>ANTHONY B. BOWMAN and GOODWIN DEVELOPMENT, INC.,<br><br>Cross-Defendants.<br>_____/ | Case No.: C-06-5295 MJJ<br><br>Case Mgt. Conf.<br><br>Date: January 9, 2007<br>Time: 2:00 p.m.<br>Location: Courtroom 11, 19th Floor,<br>U.S. Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102<br><br><br><br><br><br>ORDER |

**STIPULATION TO CONDUCT INITIAL CASE MANAGEMENT CONFERENCE BY TELEPHONE CONFERENCE CALL**

Plaintiff Timothy W. Hoffman, Chapter 7 Trustee (the "Trustee") for the bankruptcy estate of the Debtor, Baywood Homes Corporation (the "Debtor") (represented by Steven M. Olson), Defendants First Federal Properties of California, Inc.,

**STIPULATION TO CONDUCT INITIAL CASE MANAGEMENT CONFERENCE
BY TELEPHONE CONFERENCE CALL** - Page 1

Anthony B. Bowman, Goodwin Development, Inc., College Heights Development Corp., and Barbara Wheelock (represented by John N. Heffner), and Defendant Alan Hynes (represented by Daniel Sturm), hereby stipulate as follows:

1. The initial case management conference in this proceeding, which is scheduled for 2 p.m. on January 9, 2007, may be conducted via telephone conference call, provided that Plaintiff's counsel makes all arrangements for the conference call by no later than 3 p.m. on January 8, 2007, in accordance with the Court's procedures.

Dated: January 8, 2007

*/S/ Steven M. Olson*
_____
Steven M. Olson, Counsel for Plaintiff

Dated: January 8, 2007

*/S/ John Heffner*
_____
John Heffner, Counsel for First Federal Properties of California, Inc., Anthony B. Bowman, Goodwin Development, Inc., College Heights Development Corp., and Barbara Wheelock

Dated: January 8, 2007

*/S/ Daniel Sturm*
_____
Daniel Sturm, Counsel for Alan Hynes



IT IS SO ORDERED
Judge Martin J. Jenkins
1/8/2007
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**STIPULATION TO CONDUCT INITIAL CASE MANAGEMENT CONFERENCE BY TELEPHONE CONFERENCE CALL** - Page 2