1

2

3

4                               UNITED STATES DISTRICT COURT

5                             NORTHERN DISTRICT OF CALIFORNIA

6

7   TIMOTHY W. HOFFMAN,            )
                                   )
8            Plaintiff(s),         )        No. C06-5295 MJJ (BZ)
                                   )
9        v.                        )        **ORDER RE OVERDUE PAPERS**
                                   )
10  FIRST FEDERAL PROPERTIES OF    )
    CALIFORNIA, INC.,              )
11                                 )
             Defendant(s).         )
12  _____ )

13

14      TO:  Plaintiff and Defendant and their attorney(s) of

15  record:

16      On January 12/2007, you were ordered to lodge a

17  Settlement Conference Statement seven days prior to the

18  conference, which is scheduled for December 4, 2007.  Your

19  statement was due November 27, 2007.  It was not received by

    chambers.
20
        **IT IS HEREBY ORDERED** that if a statement is not lodged by
21
    the close of business tomorrow, plaintiff and defendant and
22
    their attorney(s) of record will be sanctioned $100 a day for
23
    each day's delay, beginning from the date it was originally
24
    due.
25
    Dated: November 28, 2007
26
                                _____
27                                     Bernard Zimmerman
                                  United States Magistrate Judge
28  G:\BZALL\-REFS\REFS.07\HOFFMAN.LATE PAPERS.SC.wpd

                                        1