Steven M. Olson, Esq.
State Bar No.: 146120
LAW OFFICE OF STEVEN M. OLSON
50 Old Courthouse Square, Suite 604
Santa Rosa, CA 95404
Telephone: (707) 575-1800
Fax: (707) 575-1867
Email: smo@smolsonlaw.com

Attorneys for Timothy W. Hoffman, Chapter 7 Trustee

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY W. HOFFMAN, Chapter 7 Trustee, | Case No.: C-06-5295 MJJ |
| Plaintiff, | |
| v. | |
| FIRST FEDERAL PROPERTIES OF CALIFORNIA, INC., ANTHONY B. BOWMAN, ALAN HYNES, GOODWIN DEVELOPMENT, INC., COLLEGE HEIGHTS DEVELOPMENT CORP., and BARBARA WHEELOCK, | |
| Defendants. / | |
| ALAN HYNES, | |
| Cross-Claimant, | |
| v. | |
| ANTHONY B. BOWMAN and GOODWIN DEVELOPMENT, INC., | |
| Cross-Defendants. / | |

## STIPULATION FOR ENTRY OF JUDGMENT

WHEREAS, Plaintiff Timothy W. Hoffman, Chapter 7 Trustee for the Bankruptcy Estate of Baywood Homes Corporation (the "Trustee") filed his complaint in Bankruptcy Court against Defendants Anthony B. Bowman ("Bowman"), Barbara Wheelock ("Wheelock"), First Federal Properties of California, Inc. ("First Federal"),

STIPULATION FOR ENTRY OF JUDGMENT - Page 1


1  Goodwin Development Corporation ("Goodwin"), College Heights Development
2  Corporation ("College Heights"), and Alan Hynes ("Hynes"); and
3         WHEREAS, the subject proceeding has been transferred to United States District
4  Court; and
5         WHEREAS, the parties have reached agreement to resolve the subject
6  proceeding, in which Defendants Bowman, First Federal and Goodwin are to make
7  periodic payments to the Trustee, and the Bankruptcy Court has approved the agreement;
8         NOW, THEREFORE, IT IS STIPULATED AND AGREED as follows:
9         1.     In the event that Bowman, First Federal and Goodwin fail to perform their
10 settlement-payment obligations to the Trustee, and they do not cure the default within the
11 time period set forth in the parties' Compromise and Settlement Agreement, judgment
12 shall be entered against Bowman, First Federal and Goodwin, jointly and severally, in the
13 form of the Stipulated Judgment attached hereto as Exhibit 1 and incorporated herein by
14 reference, in an amount equal to $125,000, less the sum of any settlement payments made
15 prior to entry of the Stipulated Judgment.

DATED: May 7, 2007        _____
                          Timothy W. Hoffman
                          Chapter 7 Trustee for the Estate of Baywood Homes
                          Corporation

DATED: May __, 2007       _____
                          Alan Hynes

DATED: May __, 2007       _____
                          Anthony B. Bowman

DATED: May __, 2007       _____
                          Barbara Wheelock

STIPULATION FOR ENTRY OF JUDGMENT - Page 2

Goodwin Development Corporation ("Goodwin"), College Heights Development Corporation ("College Heights"), and Alan Hynes ("Hynes"); and

WHEREAS, the subject proceeding has been transferred to United States District Court; and

WHEREAS, the parties have reached agreement to resolve the subject proceeding, in which Defendants Bowman, First Federal and Goodwin are to make periodic payments to the Trustee, and the Bankruptcy Court has approved the agreement;

NOW, THEREFORE, IT IS STIPULATED AND AGREED as follows:

1. In the event that Bowman, First Federal and Goodwin fail to perform their settlement-payment obligations to the Trustee, and they do not cure the default within the time period set forth in the parties' Compromise and Settlement Agreement, judgment shall be entered against Bowman, First Federal and Goodwin, jointly and severally, in the form of the Stipulated Judgment attached hereto as Exhibit 1 and incorporated herein by reference, in an amount equal to $125,000, less the sum of any settlement payments made prior to entry of the Stipulated Judgment.

DATED: May __, 2007

_____
Timothy W. Hoffman
Chapter 7 Trustee for the Estate of Baywood Homes Corporation

DATED: May 7, 2007

*/s/ Alan Hynes*
Alan Hynes

DATED: May __, 2007

_____
Anthony B. Bowman

DATED: May __, 2007

_____
Barbara Wheelock

STIPULATION FOR ENTRY OF JUDGMENT - Page 2

1  Goodwin Development Corporation ("Goodwin"). College Heights Development
2  Corporation ("College Heights"), and Alan Hynes ("Hynes"); and
3      WHEREAS, the subject proceeding has been transferred to United States District
4  Court; and
5      WHEREAS, the parties have reached agreement to resolve the subject
6  proceeding, in which Defendants Bowman, First Federal and Goodwin are to make
7  periodic payments to the Trustee, and the Bankruptcy Court has approved the agreement;
8      NOW, THEREFORE, IT IS STIPULATED AND AGREED as follows:
9      1.   In the event that Bowman, First Federal and Goodwin fail to perform their
10 settlement-payment obligations to the Trustee, and they do not cure the default within the
11 time period set forth in the parties' Compromise and Settlement Agreement, judgment
12 shall be entered against Bowman, First Federal and Goodwin, jointly and severally, in the
13 form of the Stipulated Judgment attached hereto as Exhibit 1 and incorporated herein by
14 reference, in an amount equal to $125,000, less the sum of any settlement payments made
15 prior to entry of the Stipulated Judgment.

17 DATED: May __, 2007
                                    _____
18                                  Timothy W. Hoffman
                                    Chapter 7 Trustee for the Estate of Baywood Homes
19                                  Corporation

20
21 DATED: May __, 2007            _____
                                    Alan Hynes

23 DATED: May 23, 2007            _____
24                                  Anthony B. Bowman

26
27 DATED: May __, 2007            _____
                                    Barbara Wheelock
28

**STIPULATION FOR ENTRY OF JUDGMENT** - Page 2

Goodwin Development Corporation ("Goodwin"), College Heights Development Corporation ("College Heights"), and Alan Hynes ("Hynes"); and

WHEREAS, the subject proceeding has been transferred to United States District Court; and

WHEREAS, the parties have reached agreement to resolve the subject proceeding, in which Defendants Bowman, First Federal and Goodwin are to make periodic payments to the Trustee, and the Bankruptcy Court has approved the agreement;

NOW, THEREFORE, IT IS STIPULATED AND AGREED as follows:

1. In the event that Bowman, First Federal and Goodwin fail to perform their settlement-payment obligations to the Trustee, and they do not cure the default within the time period set forth in the parties' Compromise and Settlement Agreement, judgment shall be entered against Bowman, First Federal and Goodwin, jointly and severally, in the form of the Stipulated Judgment attached hereto as Exhibit 1 and incorporated herein by reference, in an amount equal to $125,000, less the sum of any settlement payments made prior to entry of the Stipulated Judgment.

DATED: May __, 2007

_____
Timothy W. Hoffman
Chapter 7 Trustee for the Estate of Baywood Homes Corporation

DATED: May __, 2007

_____
Alan Hynes

DATED: May __, 2007

_____
Anthony B. Bowman

DATED: May 23, 2007

*Barbara Wheelock*
Barbara Wheelock

STIPULATION FOR ENTRY OF JUDGMENT - Page 2

1  DATED: May 23, 2007         First Federal Properties of California, Inc.
2                              By: /s/
3                              Its: President
4
5  DATED: May 23, 2007         Goodwin Development Corporation
6                              By: /s/
7                              Its: President
8  DATED: May 23, 2007         College Heights Development Corporation
9                              By: /s/
10                             Its: President
11
12 APPROVED AS TO FORM:
13 LAW OFFICE OF STEVEN M. OLSON
14
   By: _____
15      Steven M. Olson
   ATTORNEY FOR TIMOTHY W. HOFFMAN, TRUSTEE
16
17
   LAW OFFICE OF DANIEL STURM
18
   By: _____
19      Daniel Sturm
   ATTORNEY FOR ALAN HYNES
20
21 REED SMITH, LLP
22 By: /s/
       Mike C. Buckley
23 ATTORNEYS FOR BOWMAN, WHEELOCK FIRST FEDERAL, COLLEGE
   HEIGHTS, AND GOODWIN
24
25
26
27
28

**STIPULATION FOR ENTRY OF JUDGMENT** - Page 3

| | | |
|---|---|---|
| 1 | DATED: May __, 2007 | First Federal Properties of California, Inc. |
| 2 | | By: _____ |
| 3 | | Its: _____ |
| 4 | | |
| 5 | DATED: May __, 2007 | Goodwin Development Corporation |
| 6 | | By: _____ |
| 7 | | Its: _____ |
| 8 | DATED: May __, 2007 | College Heights Development Corporation |
| 9 | | By: _____ |
| 10 | | Its: _____ |

APPROVED AS TO FORM:

LAW OFFICE OF STEVEN M. OLSON

By: _____
     Steven M. Olson
ATTORNEY FOR TIMOTHY W. HOFFMAN, TRUSTEE


LAW OFFICE OF DANIEL STURM

By: _____
     Daniel Sturm
ATTORNEY FOR ALAN HYNES


REED SMITH, LLP

By: _____
     Mike C. Buckley
ATTORNEYS FOR BOWMAN, WHEELOCK FIRST FEDERAL, COLLEGE HEIGHTS, AND GOODWIN

IT IS SO ORDERD:

_____
Martin J. Jenkins
U.S. District Judge

**STIPULATION FOR ENTRY OF JUDGMENT** - Page 3