Steven M. Olson, Esq.
    State Bar No.: 146120
LAW OFFICE OF STEVEN M. OLSON
100 E Street, Suite 219
Santa Rosa, CA 95404
Telephone: (707) 575-1800
Fax: (707) 575-1867
Email: smo@smolsonlaw.com

Attorneys for Timothy W. Hoffman, Chapter 7 Trustee

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY W. HOFFMAN, Chapter 7 Trustee, | Case No.: C-06-5295 MJJ |
| Plaintiff, | |
| v. | |
| FIRST FEDERAL PROPERTIES OF CALIFORNIA, INC., ANTHONY B. BOWMAN, ALAN HYNES, GOODWIN DEVELOPMENT, INC., COLLEGE HEIGHTS DEVELOPMENT CORP., and BARBARA WHEELOCK, | |
| Defendants. | |
| ALAN HYNES, | |
| Cross-Claimant, | |
| v. | |
| ANTHONY B. BOWMAN and GOODWIN DEVELOPMENT, INC., | |
| Cross-Defendants. | |

### STIPULATION OF DISMISSAL OF ALAN HYNES AND BARBARA WHEELOCK FROM CASE

Pursuant to the Compromise and Settlement Agreement entered into by the parties, Plaintiff Timothy W. Hoffman, Chapter 7 Trustee for the Bankruptcy Estate of Baywood Homes Corporation (the "Trustee"), and Defendants Anthony B. Bowman

**STIPULATION OF DISMISSAL OF ALAN HYNES AND
BARBARA WHEELOCK FROM CASE** - Page 1

1  ("Bowman"), Barbara Wheelock ("Wheelock"), First Federal Properties of California,
2  Inc. ("First Federal"), Goodwin Development Corporation ("Goodwin"), College Heights
3  Development Corporation ("College Heights"), and Alan Hynes ("Hynes"); and pursuant
4  to the Trustee's receipt of the first two settlement payments;

5      IT IS HEREBY STIPULATED that Defendants Wheelock and Hynes are hereby
6  dismissed from this case with prejudice; and it is further

7      STIPULATED, that the cross-claim of Hynes against Bowman and Goodwin is
8  hereby dismissed with prejudice.

9  DATED: November 29, 2007    LAW OFFICE OF STEVEN M. OLSON

10     /S/ Steven M. Olson
11 By: _____
    Steven M. Olson
    ATTORNEY FOR TIMOTHY W. HOFFMAN,
12     TRUSTEE

13 DATED: November 29, 2007    LAW OFFICE OF DANIEL STURM
14
15     /S/ Daniel Sturm
By: _____
    Daniel Sturm
16     ATTORNEY FOR ALAN HYNES

17
DATED: November 29, 2007    REED SMITH, LLP
18
19     /S/ Mike C. Buckley
By: _____
    Mike C. Buckley
20     ATTORNEYS FOR BOWMAN, WHEELOCK
    FIRST FEDERAL, COLLEGE HEIGHTS, AND
21     GOODWIN

22
23
24
25 Dated: 12/21/2007
26
27

IT IS SO ORDERED
/s/ Martin J. Jenkins
Judge Martin J. Jenkins
(UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA seal)

28

**STIPULATION OF DISMISSAL OF ALAN HYNES AND
BARBARA WHEELOCK FROM CASE** - Page 2